IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN SANTON, | |
| Plaintiff, | NO. 3:16-CV-00465 |
| v. | (JUDGE CAPUTO) |
| EVANGELINA KLAPAKIS, et al., | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 29th day of August, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 13) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 13) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Transfer (Doc. 8) is **GRANTED**.

(3) Plaintiff's Motion to Appoint Counsel (Doc. 12) is left to the transferee court's discretion.

(4) The Clerk of Court is directed to transfer the case to the United States District Court for the Eastern District of Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge